326-08/MEU/Sl
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CAPE BENAT NAVIGATION INC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CAPE BENAT NAVIGATION INC,            08 CV      (   )

                Plaintiff,

     -against-                          **RULE 7.1 STATEMENT**

PROGETRA SA,

                Defendant.
-----------------------------------------------------------------x

     The Plaintiff, CAPE BENAT NAVIGATION INC, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 18, 2008                FREEHILL HOGAN & MAHAR, LLP
                                       Attorneys for Plaintiff
                                       CAPE BENAT NAVIGATION INC

                      By: _____
                                       Michael E. Unger (MU 0045)
                                       80 Pine Street
                                       New York, NY 10005
                                       Telephone: (212) 425-1900
                                       Fax: (212) 425-1901

NYDOCS1/306965.1