USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
CAPE BENAT NAVIGATION, INC.,         :

                    Plaintiff,       :

        - against -                  :       ORDER

PROGETRA S.A.,                       :       08 Civ. 5501 (DC)

                    Defendant.       :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

On August 14, 2008, the law firm Kavanagh Maloney & Osnato LLP ("KMO") moved to intervene in this action and to vacate the Court's maritime attachment of an electronic funds transfer to KMO on August 1, 2008.

Accordingly, it is HEREBY ORDERED:

(1) any opposition papers shall be filed by September 8, 2008;

(2) reply papers shall be filed by September 15, 2008;

(3) KMO is directed forthwith to serve this order by email, fax, or overnight courier on the parties.

SO ORDERED.

Dated:  New York, New York
        August 25, 2008

_____
DENNY CHIN
United States District Judge